AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| JOHNNY WILLIAMS | (WO) |
| | Case No. 2:09cr30-MEF-01 |
| | USM No. 12651-002 |
| | Laronda Renee Martin |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1, 2, 3 and 4__ of the amended petition filed 3/11/14.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from any unlawful use of a controlled substance | 03/03/2014 |
| 2 | Defendant failed to participate in a program approved by the USPO for substance abuse | 02/25/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __1365__

Defendant's Year of Birth: __1957__

City and State of Defendant's Residence:
Montgomery, AL  36111

03/17/2014
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Mark E. Fuller, U.S. District Judge
Name and Title of Judge

20 MARCH 2014
Date

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  3

DEFENDANT: JOHNNY WILLIAMS
CASE NUMBER: 2:09cr30-MEF-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Defendant failed to report to the probation officer and submit a monthly supervision report for February 2014 | 02/28/2014 |
| 4 | Defendant failed to participate in a program approved by the USPO for substance abuse | 03/11/2014 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: JOHNNY WILLIAMS
CASE NUMBER: 2:09cr30-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Twelve (12) Months.  The term of supervised release imposed on 10/28/2009 is REVOKED.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be placed in a facility where he can be evaluated for any type of drug addiction and/or mental or emotional problems that he suffers.  If diagnosed, defendant is to receive treatment for those addictions that he suffers.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL